CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 13 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LEE BAKER,** | ) | Civil Action No. 7:15-cv-00396 |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **CLAY CORBIN, et al.,** | ) | By:    Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that Defendants' motion for summary judgment is **GRANTED** and the case is **STRICKEN**

from the court's active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER**: This ___13___ day of June, 2016.

/s/ Michael F. Urbanski
_____
United States District Judge